**Order entered April 15, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01188-CV

### HENRY S. MILLER COMMERIAL COMPANY, Appellant

### V.

### NEWSON, TERRY & NEWSOM, LLP, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-1306**

## ORDER

We **GRANT** the parties' April 13, 2015 joint motion to extend mediation and briefing deadlines. The mediation deadline is extended to **MAY 26, 2015**. The parties shall file their respective appellees' and cross-appellee's briefs by **JUNE 12, 2015**.

/s/    ELIZABETH LANG-MIERS
JUSTICE